State, Respondent, v. Thomas, Petitioner, No. 91397-8. Petition for review of a decision of the Court of Appeals, No. 44813-1-II, February 9, 2015. *Granted on a specific issue* and *remanded* to the superior court August 5, 2015.

*State, Respondent, v. Sanders, Petitioner*, No. 90153-8. Petition for review of a decision of the Court of Appeals, No. 43741-4-II, April 1, 2014, 180 Wn. App. 1019. *Denied* August 5, 2015.

*Pub. Util. Dist. No. 2 of Pac. County, Respondent, v. Comcast of Wash., Inc., et al., Petitioners*, No. 91386-2. Petitions for review of a decision of the Court of Appeals, No. 70625-0-I, October 13, 2014, 184 Wn. App. 24. *Denied* August 5, 2015.

*State, Respondent, v. Bechtel, Petitioner*, No. 91480-0. Petition for review of a decision of the Court of Appeals, No. 44337-6-II, February 24, 2015, 186 Wn. App. 1003. *Denied* August 5, 2015.

*State, Respondent, v. Wilson, Petitioner*, No. 91484-2. Petition for review of a decision of the Court of Appeals, No. 45398-3-II, February 24, 2015, 186 Wn. App. 1006. *Denied* August 5, 2015.

*State, Respondent, v. Kravetz, Petitioner*, No. 91487-7. Petition for review of a decision of the Court of Appeals, No. 44923-4-II, February 18, 2015, 185 Wn. App. 1058. *Denied* August 5, 2015.

*Matheson, Petitioner, v. Dep't of Revenue, Respondent*, No. 91489-3. Petition for review of a decision of the Court of Appeals, No. 45485-8-II, February 10, 2015, 185 Wn. App. 1053. *Denied* August 5, 2015.

*State, Respondent, v. Thomas, Petitioner*, No. 91497-4. Petition for review of a decision of the Court of Appeals, No. 45101-8-II, February 24, 2015, 186 Wn. App. 1005. *Denied* August 5, 2015.